COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Jason T. Pegues

Appellate case number:   01-15-00535-CR

Trial court case number: 94-DCR-026185

Trial court:             240th District Court of Fort Bend County

      The Court **REQUESTS** a response to the petition for writ of mandamus from the State of Texas.  The response, if any, is due 30 days from the date of this order.

      It is so ORDERED.

Judge's signature: ____/s/_ Harvey Brown
              X  Acting individually

Date:  June 23, 2015